IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HECTOR MORGAN                                   :
                                                :    C.A. No.
         v.                                     :
DAVID A. MARSH and WAYNE STORAGE CO. :
T/A WAYNE MOVING & STORAGE                      :
COMPANY, INC.                                   :

## RULE 7.1 DISCLOSURE STATEMENT

1. Identity of parent corporations. Wayne One, Inc.

2. Identity of publicly held corporate entities that own 10% of stock - None, Wayne One, Inc. is a privately held corporation.

                                    RAWLE & HENDERSON LLP

                                    By: _____
                                    Delia Clark
                                    Attorneys for Defendants, David A. Marsh
                                    and Wayne Moving & Storage Company, Inc.

2187855-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned 7.1 Disclosure Statement was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

L. Vincent Rammuno
Rammunno, Rammunno & Scerba
903 N. French Street
Wilmington, DE 19801

RAWLE & HENDERSON LLP

Delia A. Clark

Dated: November 8, 2007

2187855-1