IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HECTOR MORGAN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-720 |
| | ) |
| **DAVID A. MARSH and WAYNE STORAGE** | ) |
| **CO. T/A WAYNE MOVING & STORAGE** | ) |
| **COMPANY, INC.** | ) |
| | ) |
|     **Defendants.** | ) |

### SUBSTITUTION OF APPEARANCE OF COUNSEL

JOHN F. GANGI, ESQ., hereby withdraws his appearance as counsel for Plaintiff.

PLEASE ENTER the appearance of Bruce L. Hudson, Esquire, as counsel for Plaintiff.

                                                  Respectfully submitted,

| | |
|---|---|
| /s/ John F. Gangi | /s/ Bruce L. Hudson |
| John F. Gangi | Bruce L. Hudson |
| Delaware Bar No. 1034 | Delaware Bar No. 1003 |
| 712 West Street | 800 N. King Street, Suite 302 |
| Wilmington DE 19801 | Wilmington, DE 19801 |
| (302) 656-4090 | (302) 656-9850 |

Dated: December 7, 2007

CERTIFICATE OF SERVICE

      I, Bruce L. Hudson, certify that a true and correct copy of the Substitution of Appearance of Counsel was served via First class mail on the persons listed below:

Delia A. Clark
Rawle & Henderson, LLP
300 Delaware Ave, Suite 1015
Wilmington, DE 19801

                                    /s/ Bruce L. Hudson
                                    Bruce L. Hudson (Bar I.D.1003)
                                    800 N. King Street, Suite 302
                                    Wilmington DE 19801
                                    (302) 656-9850
                                    Attorney for Plaintiff