IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HECTOR MORGAN | : |
| | : C.A. No. 07-720 |
| v. | : |
| DAVID A. MARSH and WAYNE STORAGE CO. | : JURY TRIAL DEMANDED |
| T/A WAYNE MOVING & STORAGE | : |
| COMPANY, INC. | : |

**NOTICE OF SERVICE**

I, Delia A. Clark, Esquire hereby certify that on this 17th day of April, 2008, I caused a copy of the foregoing Defendants' Initial Disclosures Pursuant to F.R.C.P. 26 (A)(1) to be served/mail upon the following:

Bruce Hudson, Esquire
800 N. King Street Suite 302
Wilmington, DE 19801

Rawle & Henderson, LLP

By: /s/Delia A. Clark
　　　Delia A. Clark (DAC #3337)
　　　Attorneys for Defendants
　　　David A. Marsh and Wayne Storage Co.
　　　　t/a Wayne Moving & Storage Co.
　　　300 Delaware Avenue, Ste. 1015
　　　Wilmington, DE 19801
　　　(302) 778-1200

2369881-1