# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HECTOR MORGAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-720 ) |
| DAVID A. MARSH and WAYNE STORAGE CO. T/A WAYNE MOVING & STORAGE COMPANY, INC. | ) ) ) ) |
|     Defendants. | ) ) |

## NOTICE OF SERVICE

I, Bruce L. Hudson, Esquire hereby certify that on this 18th day of April, I caused a copy of the Plaintiff's Initial Disclosure Pursuant to F.R.C.P. 26(A)(1) to be served/ mail upon the following:

    Delia A. Clark
    Rawle & Henderson, LLP
    300 Delaware Ave, Ste. 1015
    Wilmington, DE 19801

    /s/ Bruce L. Hudson
    Bruce L. Hudson
    Delaware Bar No. 1003
    800 N. King Street, Suite 302
    Wilmington, DE 19801
    (302) 656-9850

Dated: April 18, 2008