IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HECTOR MORGAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-720 |
| | ) |
| DAVID A. MARSH and WAYNE STORAGE | ) |
| CO. T/A WAYNE MOVING & STORAGE | ) |
| COMPANY, INC. | ) |
| | ) |
|     Defendants. | ) |

NOTICE OF DEPOSITION

    PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of David A. Marsh at 11:00 a.m. on Tuesday, May 13, 2008 at the Office of Delia Clark, 300 Delaware Ave, Ste. 1015, Wilmington, DE 19801.

    By: _/s/ Bruce L. Hudson
    Bruce L. Hudson. Esq.
    BAR I.D. No. 1003
    800 King Street, Suite 302
    Wilmington, DE 19801
    (302)656-9850
    Attorney for Plaintiffs

Dated: April 23, 2008

CERTIFICATE OF SERVICE

      I, Bruce L. Hudson, Esq., do hereby certify that on this 23rd day of April, 2008, Plaintiff's Notice of Deposition for David A. Marsh was served upon Delia Clark, Esq., via U.S. Mail and electronic filing.

      By: _/s/ Bruce L. Hudson
Bruce L. Hudson. Esq.
BAR I.D. No. 1003
800 King Street, Suite 302
Wilmington, DE 19801
(302)656-9850
Attorney for Plaintiffs