## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HECTOR MORGAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-720-JJF |
| | : |
| DAVID A. MARSH and WAYNE | : |
| STORAGE CO., t/a WAYNE MOVING & | : |
| STORAGE COMPANY, INC., | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **3rd** day of **June, 2008.**

IT IS ORDERED that the mediation conference scheduled for Friday, June 20, 2008 at 10:00 a.m. has been rescheduled to **Thursday, August 7, 2008 at 10:00 a.m.** Mediation statements shall now be due on or before **Monday, July 28, 2008.** All other provisions of the Court's April 10, 2008 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE