IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HECTOR MORGAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-720-MPT |
| : | |
| DAVID A. MARSH and WAYNE : | |
| STORAGE CO., t/a WAYNE MOVING & : | |
| STORAGE COMPANY, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **18th** day of **August, 2008.**

IT IS ORDERED that a hearing for approval of the settlement in the above matter has been scheduled for **Tuesday, August 26, 2008 at 2:30 p.m.** before Magistrate Judge Mary Pat Thynge in Courtroom 2B.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE