IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HECTOR MORGAN                             :
                                          :  C.A. No. 07-720
        v.                                :
                                          :
DAVID A. MARSH and WAYNE STORAGE CO.      :  JURY TRIAL DEMANDED
T/A WAYNE MOVING & STORAGE                :
COMPANY, INC.                             :

## ORDER

THIS MATTER having come before the Court and the parties having come before the Court having reported a settlement of the plaintiff's claim and the Court having taken testimony on the record and having assured itself that the settlement was made voluntarily and knowingly and having approved said settlement:

IT IS on this $\cancel{8}$ day of September 2008,

ORDERED that the gross amount of $150,000 be paid by the Defendants to plaintiff and his attorneys.

IT IS FURTHER ORDERED that following deductions shall be made from the settlement: Fifty Thousand as the legal fee; disbursements having been waived and, the balance to be paid to Hector Morgan. This Court understand that the settlement proceeds will be handled in accordance with the testimony held before it.

_____
The Honorable Mary Pat Thynge

2552350-1